UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN MOTORISTS INSURANCE, | No. C07-5150 JCS |
| Plaintiff, | **ORDER OF RECUSAL** |
| v. | |
| J CRP CONSTRUCTION, ET AL., | |
| Defendant. | |

This Court, on its own Motion, hereby recuses itself from any and all further proceedings in this matter.

IT IS SO ORDERED.

Dated: October 9, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge

Blank.frm