**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICAN MOTORISTS INSURANCE

        Plaintiff,

  v.

J CRP CONSTRUCTION COMPANY
        Defendant.
                               /

NO. CV 07-05150 PJH

**CLERK'S NOTICE RE: FAILURE
TO FILE ELECTRONICALLY
AND/OR REGISTER AS AN E-
FILER**

On October 5, 2007, counsel for Plaintiffs filed a **Complaint (doc 1)** manually, on paper. This case
has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

The above mentioned  paper document has been filed and docketed. However, General Order 45
provides at Section III  that cases assigned to judges who participate in the e-filing program "shall be
presumptively designated" as e-filing cases. Therefore, counsel for Plaintiffs  should submit the
Complaint, in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges
chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and
follow the procedure listed there).  Do *not* e-file a document which has been previously filed on paper,
as is the case with the above mentioned filing. **All subsequent papers should be e-filed.**

Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to
become an ECF User and be assigned a user ID and password for access to the system upon designation

1  of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users

2  must do so immediately.  Forms and instructions for registering can be found on the Court's Web site

3  at ecf.cand.uscourts.gov.

4  Dated: October 11, 2007

5  <u>Felicia Reloba</u>

6  Felicia Reloba
   Deputy Clerk

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2