Stacy A. Smith, Esq.  (CA Bar No. 219034)
PIERCE & SHEARER LLP
2483 East Bayshore Road, Suite 202
Palo Alto, CA 94303
Telephone: (650) 843-1900
Facsimile:  (650) 843-1999
Attorneys for Plaintiff AMERICAN MOTORISTS
INSURANCE COMPANY

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN MOTORISTS INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br>v.<br><br>CRP CONSTRUCTION COMPANY; DMA GILROY PARTNERS, LLC; RONALD DANIELS; STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF TRANSPORTATION; CITY OF GILROY; CHRISP COMPANY; KEITH B. HIGGINS AND ASSOCIATES, INC.; ROBERT F. ENZ CONSTRUCTION, INC., and DOES 1 through 30,<br><br>Defendants. | Case No.  C 07 5150<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT RULE 41(a) F.R.Civ.P.**  AND ORDER<br><br>**The Honorable Phyllis J. Hamilton** |

//

//

---

1
**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE:

This action is dismissed without prejudice by the Plaintiff in its entirety. This dismissal is made pursuant to Rule 41(a) of the Federal Rules Of Civil Procedure.

Dated: October 15, 2007          Respectfully Submitted,

PIERCE & SHEARER, LLP

By: __/s/ Stacy A. Smith_____
    Stacy A. Smith
    Attorneys for AMERICAN MOTORISTS
    INSURANCE COMPANY

10/16/07



**PIERCE & SHEARER LLP**
2483 E. Bayshore Road, Suite 202, Palo Alto, CA 94303
PHONE (650) 843-1900 • FAX (650) 843-1999

2
**NOTICE OF DISMISSAL WITHOUT PREJUDICE**